ORIGINAL



**FILED**

AUG 2 3 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513

5  Trustee for Debtors

6

7

8                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9                         SAN JOSE DIVISION

10

11 In Re:                              )  Chapter 13
                                       )
12 BRIAN S BERNSTEIN                   )  Case No. 06-52152 ASW
                                       )
13 CHERIE M BERNSTEIN                  )  **NOTICE OF UNCLAIMED DIVIDEND**
                                       )
14           Debtors                   )
                                       )
15 _____)

16 TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

17    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above
   referenced case hereby turns over to the Court, Check # 2497087 for an unclaimed dividend
18 in the amount of $188.68. The name and address of the claimant entitled to the unclaimed
   dividend is as follows;
19
20     Claim # 40      MARILYN BERNSTEIN
                       2424 E 63 ST
21                     BROOKLYN, NY 11234

22

23
   Dated: August 19, 2011                          _____
24                                                 DEVIN DERHAM-BURK, TRUSTEE

25

26

27

28